SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JWA HYUN KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWA HYUN KIM,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIG BITE FOOD, INC. D/B/A KENTUCKY FRIED CHICKEN; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 2:19-cv-01670-DMG (KSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Jwa Hyun Kim ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: June 21, 2019

**SO. CAL EQUAL ACCESS GROUP**

  */s/ Jason Yoon*
JASON YOON
Attorney for Plaintiff